UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert Lech,

    Plaintiff,

    v.                                            Case No. 2:13-cv-518

Third Federal Savings and Loan        Judge Michael H. Watson
Association of Cleveland,

    Defendant.

### ORDER

On December 27, 2013, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court deny Defendant's motion to stay. R&R, ECF No. 17. The parties were advised that objections were due within fourteen days and that failure to object would result in *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. Having received no objections, the Court **ADOPTS** the R&R, ECF No. 17, and **DENIES** Defendant's motion to stay without prejudice, ECF No.6.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**